# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TAMMY L. M. | ) | Civil Action No. 5:24-cv-00375-DNH-TWD |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

## **Parties' Stipulation for Remand and Proposed Order**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Martin J. O'Malley,                                  Tammy L. M.,
Commissioner of
Social Security

By His Attorneys                                     By Her Attorney

Carla B. Freedman,

United States Attorney

*/s/ Geoffrey M. Peters*                              */s/Cindy Domingue-Hendrickson*[1]
Geoffrey M. Peters                                   Cindy Domingue-Hendrickson
Special Assistant United States Attorney             N.D.N.Y. Bar Roll No. 601866

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Geoffrey M. Peters, received on June 7, 2024.

N.D.N.Y. Bar Roll No. 701022
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Tel: (212) 264-1298
Geoffrey.Peters@ssa.gov

Legal Aid Society of Mid-NY, Inc.
120 Bleecker Street
Utica, NY 13501
Tel: 315-793-7033
Cindy.Hendrickson@lasmny.org

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-10-2024