IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TAMMY L. M., | ) | Civil Action No. 5:24-cv-00375-DNH-TWD |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of **two hundred ninety-four dollars and sixty-seven cents ($294.67).**

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to Plaintiff's attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 17th day of June, 2024;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of **$294.67**, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

The undersigned hereby consent to the form and entry of the within order.

Dated: June 14, 2024

| | |
|---|---|
| Martin J. O'Malley,<br>Commissioner of<br>Social Security | Tammy L. M., |
| By His Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| */s/ Geoffrey M. Peters*<br>Geoffrey M. Peters<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 701022<br>Social Security Administration<br>Office of the General Counsel<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>Tel: (212) 264-1298<br>Geoffrey.Peters@ssa.gov | */s/*Cindy Domingue-Hendrickson<br>Cindy Domingue-Hendrickson<br>Legal Aid Society of Mid-NY Inc.<br>120 Bleecker Street<br>Utica, NY 13501<br>Tel: 315-793-7033<br>Cindy.Hendrickson@lasmny.org |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 06-17-2024